IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAVID KERSH, | ) | Civ. No. 09-00049 JMS-BMK |
|---|---|---|
| Plaintiff, | ) ) ) | FINDINGS AND RECOMMENDATION THAT |
| vs. | ) ) | DEFENDANTS' BILL OF COSTS BE GRANTED |
| MANULIFE FINANCIAL CORPORATION, ET AL., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## FINDINGS AND RECOMMENDATION THAT DEFENDANTS' BILL OF COSTS BE GRANTED

Before the Court is Defendants Manulife Financial Corporation, John Hancock Financial Services, Inc. aka John Hancock Life Insurance Company (USA) and North American Life Assurance Co.'s Bill of Costs. Defendants seek an award for costs in the amount of $519.18. After careful consideration of the supporting and opposing memoranda, the Court finds and recommends that Defendants' Bill of Costs be GRANTED.

Defendants seek an award for transcripts, printing, facsimile, postage, and local delivery costs. The total amount requested is $519.18. Although Plaintiff filed a "Memorandum in Opposition to Defendants' Motion for Attorneys' Fees and Bill of Costs," that entire document deals only with the

pending Motion for Attorneys' Fees and does not address the Bill of Costs. Indeed, Plaintiff presents no argument in opposition to the costs sought in the Bill of Costs. Absent any objection to Defendants' Bill of Costs, the Court finds and recommends that Defendants' Bill of Costs for $519.18 be GRANTED in full.

DATED: Honolulu, Hawaii, August 5, 2011.

IT IS SO FOUND AND RECOMMENDED.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Kersh v. Manulife Financial Corporation, et al., Civ. No. 09-00049 JMS-BMK; FINDINGS AND RECOMMENDATION THAT DEFENDANTS' BILL OF COSTS BE GRANTED.